# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 14, 2007

134531 & (12)(13)(15)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

WILLIAM R. THIEL and FAY THIEL,
      Plaintiffs-Appellees,

v

BONDARENKO LIMITED, L.L.C., and
KEYSTONE PROPERTY MANAGEMENT,
INC.,
      Defendants-Appellants.

SC: 134531
COA: 278140
Ingham CC: 06-000582-NO

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 14, 2007

_____
Clerk

t0911